IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY ATOM NIXON** | : | CIVIL ACTION |
| v. | : | |
| **TERRANCE P. MOORE, WARDEN, et al.** | : | No. 13-644 |

## O R D E R

AND NOW, this 25th day of February, 2013, upon consideration of plaintiff's complaint and motion to proceed in forma pauperis, IT IS HEREBY ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED;

2. Plaintiff, Jeffrey Atom Nixon, #KR-6409, shall pay the full filing fee of $350 pursuant to 28 U.S.C. § 1915(b). Based on plaintiff's financial statement, an initial partial filing fee of $4.15 is assessed. The Superintendent or other appropriate official at SCI Graterford or at any other correctional facility at which plaintiff may be confined, is directed to deduct $4.15 from plaintiff's prisoner account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 2609 U.S. Courthouse, Philadelphia, PA 19106, to be credited to Civil Action No. 13-0644. After the initial partial filing fee is collected and until the full filing fee is paid, the Superintendent or other appropriate official at SCI Graterford or at any prison at which plaintiff may be confined, shall deduct from plaintiff's account, each time that plaintiff's prisoner account exceeds $10, an amount no greater than 20

percent of the money credited to his account during the preceding month and forward that amount to the Clerk of Court at the address provided above to be credited to Civil Action No. 13-0644;

3. Plaintiff is given leave to file an amended complaint within thirty (30) days of the date of this Order. If plaintiff does not do so, this complaint will be dismissed with prejudice. In his amended complaint, plaintiff shall state as clearly and briefly as possible: (1) how each defendant, named in the caption of his complaint, has violated his <u>constitutional rights</u>, and (2) what harm, if any, he has suffered from the actions of each defendant. Upon the filing of an amendment, the Clerk shall not make service until so ORDERED by the Court;

4. The Clerk of Court is directed to send a copy of this Order to the Superintendent of SCI Graterford; and

5. This case shall remain CLOSED for statistical purposes.

BY THE COURT:

JUAN R. SANCHEZ, J.